UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00030

———

**Charles Vance Chandler,**
*Plaintiff,*

v.

**Commissioner of SSA,**
*Defendant.*

———

## O R D E R

Before the court is plaintiff's motion for attorney fees under the Equal Access to Justice Act (EAJA). Doc. 12. That motion was referred to a magistrate judge (Doc. 13) who issued a report recommending that plaintiff's motion be granted and that the Commissioner pay plaintiff the sum of $5,025.46 in reasonable attorney's fees under the EAJA and $405.00 in costs. Doc. 14 at 5–6. Neither party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Accordingly, plaintiff's motion is granted. The Commissioner is ordered to pay plaintiff $5,025.46 in fees and $405.00 in costs by making the payment payable to plaintiff and sending the payment to plaintiff's counsel.

*So ordered by the court on December 12, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -